**Dismissed and Memorandum Opinion filed March 3, 2015.**



In The

# Fourteenth Court of Appeals

## NO. 14-15-00035-CV

**MARTAVIOUS SENTEL NEWSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 169th District Court**
**Bell County, Texas**
**Trial Court Cause No. 272,621-C**

## M E M O R A N D U M   O P I N I O N

This appeal is from a judgment signed October 29, 2014. No clerk's record has been filed. The clerk responsible for preparing the record in this appeal informed the court appellant did not make arrangements to pay for the record.

On January 16, 2015, notification was transmitted to all parties of the court's intention to dismiss the appeal for want of prosecution unless, within fifteen days,

appellant paid or made arrangements to pay for the record and provided this court with proof of payment. *See* Tex. R. App. P. 37.3(b).

Appellant has not provided this court with proof of payment for the record. Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Boyce and McCally.